UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL VINCENT WHITE, | No. C 06-6365 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| ROBERT AYERS, JR., warden, | |
| Respondent. | |

The petition for writ of habeas corpus is dismissed because it was not filed before the expiration of the statute of limitations period and for the additional and separate reason that petitioner is not in custody in violation of the Constitution or laws or treaties of the United States.

IT IS SO ORDERED AND ADJUDGED.

DATED: June 7, 2007

_____
SUSAN ILLSTON
United States District Judge