UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL VINCENT WHITE, | No. C 06-6365 SI (pr) |
| Petitioner, | **ORDER** |
| v. | |
| ROBERT AYERS, JR., warden, | |
| Respondent. | |

Petitioner's motion for reconsideration is DENIED as frivolous. (Docket # 23.) No further motions will be entertained in this action.

IT IS SO ORDERED.

DATED: June 26, 2007

SUSAN ILLSTON
United States District Judge