UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL VINCENT WHITE,<br><br>    Petitioner,<br><br>  v.<br><br>ROBERT AYERS, JR., warden,<br><br>    Respondent.<br>                                            / | No. C 06-6365 SI (pr)<br><br>**ORDER DENYING PAUPER**<br>**APPLICATION FOR APPEAL** |

This action is now before the court for consideration of petitioner's motion to proceed as a pauper on appeal. This action worked its way through the district court in less than eight months from the filing of the petition through the entry of judgment. One of the reasons for the case's quick resolution was petitioner's allegation that he was being detained beyond the end of his prison sentence; he claimed that prison officials refused to correct his records to reflect that his sentence had expired. An allegation that a bureaucratic blunder is causing a person to be imprisoned beyond the end of his sentence is a serious one that causes great concern to the court. However, once the court peeled back the many procedural overlays to get to the heart of the matter, the court realized that the legal theory petitioner was advancing was utterly meritless. When all was said and done, the case was simply a prisoner trying to parlay a computer glitch into a shorter sentence that the state court had already determined he was not entitled to. The court's analysis of the claim is explained at length in the Order Of Dismissal, and the reader is directed specifically to the text at pages 7-8 of that order to see why there is no merit to petitioner's claim. The court certifies that an appeal would be frivolous and not taken in good faith. Petitioner's motion to proceed in forma pauperis on

1  appeal is therefore DENIED.  <u>See</u> 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a)(2, 3).
2  (Docket # 26.)  This denial is without prejudice to petitioner filing a request in the Ninth
3  Circuit Court of Appeals to proceed <u>in forma pauperis</u> on appeal.  <u>See</u> Fed. R. App. P.
4  24(a)(5).
5       Petitioner also filed a notice of appeal.  The court does not construe the notice of
6  appeal to request a certificate of appealability because petitioner does not need a certificate
7  of appealability to challenge the execution of his sentence by prison officials.  <u>See generally</u>
8  <u>Rosas v. Nielsen</u>, 428 F.3d 1229, 1231-32 (9th Cir. 2005).
9       The clerk shall forward the case file to the Ninth Circuit Court of Appeals.
10       IT IS SO ORDERED.
11  DATED: July 25, 2007

                                          SUSAN ILLSTON
12                                   United States District Judge